U.S.D.J.  **William F. Kuntz, II**                DATE: **10/7/2013**

## CRIMINAL CAUSE FOR PLEADING

<u>USA v. Winick et al</u>    Docket No. **13cr452-3**   Time: **Noon**   In Court: **45min**

Defendant: **Kolt Curry**
 **X** present  _____ not present   **X** custody  _____ bail

Def. Counsel: **Alan Baum, Esq.**
 **X** present  _____ not present        _____RET  ___LAS  **X** CJA

AUSA : **Sylvia Schweder, Esq.**        Deputy: **Andrew Jackson**

Court Reporter: **Marie Foley**    Interpreter:_____  Language:_____

**X**  Case Called
_____ Defendant's First Appearance
**X**  Defendant: **X** Sworn _____ Arraigned **X** Informed of Rights
_____ Waiver of Indictment Executed for Defendant
_____ Superseding Indictment/Information Filed
_____ Bench Warrant Issued:_____
**X**  Defendant Withdraws Not Guilty Plea and Enters a Plea of Guilty to Count(s) **3**
       of the Indictment/ **Superseding Indictment** /Information.
_____ Defendant Enters a Plea of Guilty to count(s)_____ Of _____ the Information.
**X**  Court Finds Factual Basis for the Plea
**X**  Sentencing will be set by the Probation Office.
_____ Sentencing is scheduled for_____ **at**_____.
**X**  Bail/Bond:_____ Set _____ Continued for Defendant _____ Continued in Custody
_____ Case Adjourned to ___/___/_____ at _____
**X**  Court accepts the Plea of Guilty.
_____ Transcript Ordered:

Appearances: A.U.S.A. Sylvia Schweder, Esq., appeared on behalf of the United States. Alan Baum, Esq., appeared on behalf the Defendant Kolt Curry (present). The Defendant pled guilty to Count Three of the superseding indictment. The superseding indictment was marked as Court's Exhibit One. The Probation Department is ordered to set an appropriate date for sentencing in consultation with this Court.